**WESTERN RESERVE POWER & LIGHT CO. v. CENTRAL EASTERN POWER COMPANY, Columbus, Delaware & Marion Electric Company, M. J. O'Connell and M. L. Sindeband, as Receivers of Columbus, Delaware & Marion Electric Company, and Manufacturers' Trust Company.**

No. 6486.

Circuit Court of Appeals, Sixth Circuit.
June 7, 1934.

Squire, Sanders & Dempsey, of Cleveland, Ohio, and Shearman & Sterling, of New York City, for appellant.

Tracy, Chapman & Welles and Marshall, Melhorn, Marlar & Martin, all of Toledo, Ohio, and Wm. P. Moloney, of Marion, Ohio, for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.